**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-6797**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX D. DIAZ, a/k/a Papo,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-91-322)

—————

Submitted:  September 30, 1999        Decided:  October 7, 1999

—————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Felix D. Diaz, Appellant Pro Se.  Rita Marie Glavin, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Felix D. Diaz appeals from the district court's order denying his motion to reconsider its order denying relief on his petition for a writ of error coram nobis.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See United States v. Diaz, No. CR-91-322 (E.D. Va. Jan. 12, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED